UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61364-CIV-MARRA/SELTZER

INTERNATIONAL MARINE
RESEARCH INSTITUTE, INC.,
a Florida not for profit charity,

      Plaintiff,

vs.

SANDERS MARINE TOWING, INC.
et al.

      Defendant.
_____/

## ORDER

This cause is before the Court upon Plaintiff International Marine Research Institute, Inc. and Defendants Sanders Marine Towing, Inc. d/b/a Ft. Pierce Towboat U.S. and Larry Allen Blanchett's Stipulation for Dismissal [DE 40], filed January 12, 2007. The Court has carefully reviewed the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. All claims against Defendants Sanders Marine Towing, Inc. d/b/a Ft. Pierce Towboat U.S. and Larry Allen Blanchett are hereby **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of January 2007.

_____
KENNETH A. MARRA
United States District Judge

Copies to:

All counsel of record